# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **MELBA BOND,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | |
| **v.** | |
| **IAC SUPPLY SOLUTIONS, INC.** | **CASE NO: 17-1034-STA-egb** |
| **Defendant.** | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal With Prejudice entered on May 16, 2017, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 5/17/2017**     THOMAS M. GOULD
                        Clerk of Court

                           s/Maurice B. BRYSON
                        (By)  Deputy Clerk